# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL RAMIREZ,

    Defendant.

Case No. 2:99-cr-00195-LDG

**ORDER**

    The defendant, Raul Ramirez, moves for reconsideration (#151) of the Court's order (#149) dismissing his motion for return of property (#114). The United States opposes the motion for reconsideration (#157).

    Before Ramirez filed his present motion for reconsideration, he filed a notice of appeal in which he appealed the order of which he sought reconsideration. Accordingly, as the defendant had appealed this court's dismissal of his motion, the Court lacked jurisdiction to consider his motion for reconsideration until that appeal was resolved. The Ninth Circuit has affirmed the Court's order. See ## 160, 161. The circuit court's rejection of the defendant's appeal establishes that his motion for reconsideration is without merit. Accordingly, for good cause shown,

1  THE COURT **ORDERS** that Defendant's Motion for Reconsideration (#151) is
2  DENIED.
3
4  DATED this __21__ day of December, 2011.
5
6                                                                   _____
                                                                   Lloyd D. George
7                                                                   United States District Judge